DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-509-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME |
| | ) | |
| KRISTINA M. MORRIS, | ) | Date:  January 23, 2012 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Judge: Dale A. Drozd |
| _____ | ) | |

     Plaintiff United States of America, by and through its
attorney of record, Assistant United States Attorney, MICHELLE
RODRIGUEZ, and Defendant KRISTINA M. MORRIS, individually and by
her counsel of record, DENNIS S. WAKS, Supervising Assistant
Federal Defender hereby stipulate to continue the Preliminary
Hearing set for December 8, 2011, to January 23, 2012, at 2:00
p.m.

     The parties agree that the time beginning from the date of
this stipulation extending through January 23, 2012, should be
excluded from the calculation of time under the Speedy Trial Act.
Further, the Defendant consents to an extension of the time for
Preliminary Hearing until January 23, 2012, Fed. R. Crim. P.
5.1(d).  The parties submit that the ends of justice are served

1

by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation. The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar on December 8, 2011, or such time as either party may request a hearing for a purpose other than Preliminary Hearing.

Lastly, the defendant anticipates that she will enter a plea of guilty to the Information filed before District Judge Kimberly J. Mueller on January 23, 2012, at 9:00 a.m.

Dated: December 7, 2011

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks

_____
DENNIS S. WAKS
Supervising Assistant Federal
Defender
Attorney for Defendant
KRISTINA M. MORRIS

/ / /

/ / /

/ / /

Dated: December 7, 2011      BENJAMIN B. WAGNER
                             United States Attorney

/s/ Dennis S. Waks for

MICHELLE RODRIGUEZ
Assistant U.S. Attorney

## ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 7, 2011. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 23, 2012, at 2:00 p.m..

2. This time between December 8, 2011, and January 23, 2012, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: December 7, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE