```
 1  DANIEL J. BRODERICK
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defenders
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 11-509-KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY |
| v. | ) | HEARING AND EXCLUDE TIME |
| KRISTINA M. MORRIS, | ) | Date: February 27, 2012 |
|  | ) | Time: 2:00 p.m. |
| Defendant. | ) | Judge: Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney, MICHELLE RODRIGUEZ, and Defendant KRISTINA M. MORRIS, individually and by her counsel of record, DENNIS S. WAKS, Supervising Assistant Federal Defender hereby stipulate to continue the Preliminary Hearing set for February 13, 2012, to February 27, 2012, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through February 27, 2012, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until February 27, 2012, Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served

1

by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). In particular, the time is required so that the parties can continue to discuss a proposed disposition and conduct investigation. The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar on February 13, 2012, or such time as either party may request a hearing for a purpose other than Preliminary Hearing.

Lastly, the defendant anticipates that she will enter a plea of guilty to the Information filed before District Judge Kimberly J. Mueller on February 27, 2012, at 8:30 a.m.

Dated: February 9, 2012

                                 Respectfully submitted,

                                 DANIEL BRODERICK
Federal Defender

/s/ Dennis S. Waks
_____
DENNIS S. WAKS
Supervising Assistant Federal Defender
Attorney for Defendant
KRISTINA M. MORRIS

/ / /

/ / /

/ / /

2

Dated: February 9, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Dennis S. Waks for
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

# ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 9, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to February 27, 2012, at 2:00 p.m..

2. This time between February 13, 2012, and February 27, 2012, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3.  The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: February 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE